### GILDER v. DICKENS.

(Court of Appeals of District of Columbia. Submitted March 7, 1919. Decided May 22, 1919.)

#### No. 3222.

WAR ⬥⇒4—RECOVERING POSSESSION OF LEASED PREMISES—SAULSBURY RESOLUTION.

Under Joint Resolution of May 31, 1918, prohibiting proceedings to recover possession of leased premises, except.where property has been sold to a bona fide purchaser for occupancy, etc., a bona fide purchaser may recover possession against a tenant engaged in war work.

Appeal from the Supreme Court of the District of Columbia.

Landlord and tenant proceeding to recover possession of leased premises by Emma J. Dickens against Roy A. Gilder. Judgment for plaintiff, and defendant appeals. Affirmed.

Fulton Brylawski, of Washington, D. C., for appellant.
Edwin L. Wilson, of Washington, D. C., for appellee.

VAN ORDSDEL, Associate Justice. Appellee, plaintiff below, the owner of certain premises in the District· of Columbia, as landlord brought this action to recover possession from .defendant as tenant by

sufferance. It appears that plaintiff was at the date of the bringing of this action in the employ of the government as a war worker and required the leased premises for occupancy as a residence. It is not material, therefore, that defendant was also a war worker, since the case is ruled by our opinion in Maxwell v. Brayshaw, 49 App. D. C. ——, 258 Fed. 957.

The judgment is affirmed, with costs.

Affirmed.